**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

---

**MARTIN J. WALSH, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,**

     **Plaintiff,**

     **v.**

**INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, LOCAL 1970,**

     **Defendant.**

**Case No. No. 2:22-cv-56**

---

**STIPULATION OF DISMISSAL**

Plaintiff, Martin J. Walsh, Secretary of Labor, U.S. Department of Labor, and Defendant, International Longshoremen's Association, Local 1970, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. As the parties have discussed, Plaintiff has dismissed this matter based on the receipt of recently discovered documents produced by Defendant.

1

Respectfully submitted,

JESSICA D. ABER
United States Attorney

By:     /s/ Sean D. Jansen
       Sean D. Jansen, VSB No. 82252
       Assistant U.S. Attorney
       United States Attorney's Office
       101 W. Main St. Suite 8000
       Norfolk, VA 23510
       Tel: (757) 441-6331
       Fax: (757) 441-6689
       sean.jansen@usdoj.gov

***Counsel for Plaintiff***

By:     /s/ Deborah C. Waters
       Deborah C. Waters, VSB No. 28913
       L. Clayton Magee, VSB No. 95399
       Waters Law Firm, P.C.
       Town Point Center, Suite 600
       150 Boush Street
       Norfolk, Virginia 23510
       Tel: (757) 446-1438
       Fax: (757) 446-1438
       dwaters@waterslawva.com
       cmagee@waterslawva.com

       Brian G. Esders, Esquire (admitted pro hac vice)
       Maryland Federal Bar No. 28745
       Abato, Rubenstein and Abato, P.A.
       809 Gleneagles Court, Suite 320
       Baltimore, Maryland 21286
       Tel. 410-321-0990
       besders@abatolaw.com

***Counsel for Defendant***

2